NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FURNITURE BRANDS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1059

---

Appeal from the United States Court of International Trade in case no. 07-CV-0026, Judge Timothy C. Stanceu.

---

**ON MOTION**

---

# ORDER

Furniture Brands International, Inc. moves for an unopposed 2-day extension of time, until January 6, 2012, to file its response to the United States' motion for summary affirmance.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JAN 09 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David W. DeBruin, Esq.
Joseph W. Dorn, Esq.
Jessica R. Toplin, Esq.
Patrick V. Gallagher, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK